**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | |
|---|---|
| NET 3 TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> OASIS DISCOVERY PARTNERS, LLC, <br><br> Defendant. | Civil Action No. _____ <br><br><br> # EXHIBIT B |

DocuSign Envelope ID: 45B4E504-CD2C-4E21-828F-FA9F931CB4EF



**Net3 Technology**
107 W Antrim Dr
Greenville, SC 29607
www.net3technology.com
Phone: 864-990-0112

www.n3t.com
864-990-0113

**Customer:**

Oasis Discovery
2537-D PACIFIC COAST HWY STE 346
TORRANCE, CA  90505-7035

| Date: | Estimate #: | **Quote** |
|---|---|---|
| 06/07/2022 | 4 | |

| | |
|---|---|
| Account Manager: | jlangan |
| Email signed quote to: | |
| Estimate valid until: | 07/07/2022 |
| Terms: | |

**SERVICE PRODUCTS:**

| | LOCATION: | SUBSCRIPTION TERM: |
|---|---|---|
| PvDC Business Recovery Service | ATL | 25 Months |
| PvDC Networking Services | ATL | 25 Months |
| PvDC Networking Services | ATL | 25 Months |

**PvDC Business Recovery Service (ATL)**

| | QTY | Price |
|---|---|---|
| Protected VM (VM) | 150.00 | $5,250.01 |
| Zerto Bronze | 500,000.00 | |
| 4 Hour Journal History | | |
| Standard Storage (per GB) | 1,000,000.00 | $42,429.96 |
| | Total | $47,679.97 |

**PvDC Networking Services (ATL)**

| | QTY | Price |
|---|---|---|
| Firewall with 1 Public IP | 2.00 | $100.00 |
| Includes - 1 Public IP | | |
| - 2 Site-to-Site VPNs OR | | |
| - 2 Network VLANs | | $100.00 |
| Firewall Bandwidth | 10.00 | $60.00 |
| Additional Public IP | 4.00 | $20.00 |
| Direct Link | 1.00 | $200.00 |
| Direct Link Bandwidth (per Mb) | 1.00 | $5.00 |
| | Total | $385.00 |

**PvDC Support**

| | | QTY | Price |
|---|---|---|---|
| BRS (ATL) | Gold Support Fee | | |
| Network (ATL) | Bronze Support Fee | | $3,500.00 |
| | PvDC Monthly Support | | $3,500.00 |

Totals

| | |
|---|---|
| PvDC Monthly | $48,064.97 |
| PvDC Monthly Support | $3,500.00 |
| Monthly Total | $51,565.97 |

\*     Monthly Reservation Fee
\*\*    One Time Fee
\*\*\*   Cost Amortized

DocuSign Envelope ID: 45B4E504-CD2C-4E21-828F-FA9F931CB4EF

**n3t PvDC**

**Net3 Technology**
**107 W Antrim Dr**
**Greenville, SC 29607**
**www.net3technology.com**
**Phone: 864-990-0112**

**www.n3t.com**
**864-990-0113**

## Terms and Conditions

Customer is responsible for all applicable taxes and duties. Prices are in US currency. All items are subject to prior sale. By signing this document, you are entering into an agreement with Net3 Technology to purchase the above products and/or services. Simply sign and date and fax this sheet back to 866-594-0929 or email to Account Manager to accept this quote. A signed purchase order may also be requested prior to shipping products or delivering services. This Agreement supersedes and replaces any and all previous agreements between the parties.

Sal Dabbaneh

Print Name

DocuSigned by:

_Sal Dabbaneh_

Signature    B59334BE...

Oasis Discovery

**Company**

6/10/2022

**Date**

DocuSign Envelope ID: 45B4E504-CD2C-4E21-828F-FA9F931CB4EF

Oasis Discovery Cost Addendum

ADDENDUM TO N3T PALMETTO VIRTUAL DATA CENTER SERVICES AGREEMENT

THIS ADDENDUM ("Addendum") is entered into by and between Paramount Industrial Cos. INC and Net3 Technology, Inc.

WHEREAS, the following changes are incorporated as if a part of the Agreement:

Price Breakdown:

0-1PB of data consumed 4.32 cents per gig

1-2PB of data consumed 4.2 cents per gig

2-3PB of data consumed 4.02 cents per gig

3PB or more data consumed 3.9 cents per gig

IN WITNESS WHEREOF, the Addendum is signed, accepted, and agreed to by all parties by and through the parties of their agents or authorized representatives. All parties hereby acknowledge that they have read and understood this Addendum. All parties further acknowledge that they have executed this legal document voluntarily and of their own free will.

Sal Dabbaneh

DocuSigned by:

Sal Dabbaneh

4AFEA1FB59334BE...

Hudson   Denney

DocuSigned by:

B724C35F9F7F49D...

(888) - 499 - 0862          PALMETTO VIRTUAL DATA CENTER          www.n3t.com