**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| NET 3 TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>OASIS DISCOVERY PARTNERS, LLC,<br><br>        Defendant. | C.A. No. 6:25-cv-11314-BHH<br><br><br>**ANSWER TO AMENDED COMPLAINT** |

Defendant, Oasis Discovery Partners, LLC ("Oasis"), by and through it undersigned counsel, answering the Amended Complaint of the Plaintiff, would respectfully show unto the Court as follows:

**FOR A FIRST DEFENSE**

1.      In response to Paragraph 1 of Plaintiff's Amended Complaint, Oasis denies that it failed to Honor its contractual obligations and further denies that its contract interpretation is improper and denies each and every allegation inconsistent herewith.

2.      Oasis admits the allegations of Paragraph 2 of Plaintiffs Amended Complaint upon information and belief.

3.      In response to Paragraph 3 of Plaintiff's Amended Complaint, Oasis admits it is a limited liability company organized under the laws of the State of California but denies any and all remaining allegations thereof.

4.      Oasis admits the allegations of Paragraph 4 of Plaintiffs Amended Complaint.

5.      Oasis admits the allegations of Paragraph 5 of Plaintiffs Amended Complaint.

6.      Paragraph 6 of Plaintiffs Amended Complaint sets forth a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied, and Oasis demands strict proof thereof.

7.      Paragraph 7 of Plaintiffs Amended Complaint sets forth a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied, and Oasis demands strict proof thereof.

8.      Paragraph 8 of Plaintiffs Amended Complaint sets forth a legal conclusion to which no response is required. To the extent that a response is required, the allegations are denied, and Oasis demands strict proof thereof.

9.      In response to Paragraph 9 of Plaintiff's Amended Complaint, Oasis admits that it entered into the N3T Palmetto Virtual Data Center Services Agreement ("Services Agreement"), craves reference to Services Agreement, and denies any and all allegations inconsistent therewith.

10.     In response to Paragraph 10 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and denies any and all allegations inconsistent therewith.

11.     In response to Paragraph 11 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and denies any and all allegations inconsistent therewith.

12.     In response to Paragraph 12 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and denies any and all allegations inconsistent therewith.

13.     In response to Paragraph 13 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and denies any and all allegations inconsistent therewith.

14.     In response to Paragraph 14 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and denies any and all allegations inconsistent therewith.

15. In response to Paragraph 15 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and denies any and all allegations inconsistent therewith.

16. In response to Paragraph 16 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and denies any and all allegations inconsistent therewith.

17. In response to Paragraph 17 of Plaintiff's Amended Complaint, Oasis states that it entered into an Oasis Discovery Cost Addendum ("Addendum") as part of an Agreement entered on June 10, 2022, craves reference to Addendum, and denies any and all allegations inconsistent therewith.

18. In response to Paragraph 18 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and Addendum and denies any and all allegations inconsistent therewith.

19. In response to Paragraph 19 of Plaintiff's Amended Complaint, Oasis states that it received services from Plaintiff during the period described in Paragraph 18 of Plaintiff's Amended Complaint, consistent with the Addendum and denies any and all allegations inconsistent therewith.

20. In response to Paragraph 20 of Plaintiff's Amended Complaint, Oasis states that it paid Plaintiff during the period described in Paragraph 18 of Plaintiff's Amended Complaint, consistent with the Addendum and denies any and all allegations inconsistent therewith.

21. In response to Paragraph 21 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and Addendum and denies any and all allegations inconsistent therewith.

22. In response to Paragraph 22 of Plaintiff's Amended Complaint, Oasis states that it received services from Plaintiff during the period described in Paragraph 21 of Plaintiff's

Amended Complaint, consistent with the Addendum and denies any and all allegations inconsistent therewith.

23. In response to Paragraph 23 of Plaintiff's Amended Complaint, Oasis states that it paid Plaintiff during the period described in Paragraph 21 of Plaintiff's Amended Complaint, consistent with the Addendum and denies any and all allegations inconsistent therewith.

24. In response to Paragraph 24 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and Addendum and denies any and all allegations inconsistent therewith.

25. Oasis admits the allegations of Paragraph 25 of Plaintiff's Amended Complaint.

26. In response to Paragraph 26 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and denies any and all allegations inconsistent therewith.

27. In response to Paragraph 27 of Plaintiff's Amended Complaint, Oasis admits that Net 3 invoiced Oasis in the amount alleged, but denies the allegations and demands strict proof thereof.

28. Oasis denies the allegations of Paragraph 28 of Plaintiff's Amended Complaint.

29. Oasis denies the allegations of Paragraph 29 of Plaintiff's Amended Complaint.

30. Oasis denies the allegations of Paragraph 30 of Plaintiff's Amended Complaint.

31. Oasis denies the allegations of Paragraph 31 of Plaintiff's Amended Complaint.

32. Oasis denies the allegations of Paragraph 32 of Plaintiff's Amended Complaint.

33. Oasis denies the allegations of Paragraph 33 of Plaintiff's Amended Complaint.

34. In response to Paragraph 34 of Plaintiff's Amended Complaint, Oasis craves reference to the Services Agreement and denies any and all allegations inconsistent therewith.

35.     In response to Paragraph 35 of Plaintiff's Amended Complaint, Oasis incorporates the preceding allegations not inconsistent herewith by reference as if fully restated herein.

36.     Oasis denies the allegations of Paragraph 36 of Plaintiff's Amended Complaint.

37.     Oasis denies the allegations of Paragraph 37 of Plaintiff's Amended Complaint.

38.     In response to Paragraph 38 of Plaintiff's Amended Complaint, Oasis admits that it made payment to Plaintiff.

39.     Oasis denies the allegations of Paragraph 39 of Plaintiff's Amended Complaint.

40.     In response to Paragraph 40 of Plaintiff's Amended Complaint, Oasis incorporates the preceding allegations not inconsistent herewith by reference as if fully restated herein.

41.     Oasis denies the allegations of Paragraph 41 of Plaintiff's Amended Complaint.

42.     Oasis denies the allegations of Paragraph 42 of Plaintiff's Amended Complaint.

43.     Oasis denies the allegations of Paragraph 43 of Plaintiff's Amended Complaint.

44.     In response to Paragraph 44 of Plaintiff's Amended Complaint, Oasis incorporates the preceding allegations not inconsistent herewith by reference as if fully restated herein.

45.     Oasis admits the allegations of Paragraph 45 of Plaintiff's Amended Complaint.

46.     Oasis denies the allegations of Paragraph 46 of Plaintiff's Amended Complaint.

47.     Oasis denies the allegations of Paragraph 47 of Plaintiff's Amended Complaint.

48.     Oasis denies Plaintiff's Prayer for Relief.

49.     Each and every allegation not expressly admitted is denied.

### FOR A SECOND DEFENSE
(Failure to State a Claim)

50.     Plaintiff's claims fail to state a valid claim against Oasis Discovery Partners for which relief can be granted and should be dismissed.

### FOR A THIRD DEFENSE

(Denial of Breach)

51.    Oasis Discovery Partners denies the breach of any legally recognizable contract.

## FOR A FOURTH DEFENSE
(Lack of Proximate Cause)

52.    Oasis Discovery Partners expressly denies that any of its acts, whether by commission or omission, constitute a proximate cause of any alleged damages of which Plaintiff has complained.

## FOR A FIFTH DEFENSE
(Failure to Mitigate)

53.    Oasis Discovery Partners raises the doctrine of failure to mitigate as a partial or total limitation to the alleged damages which Plaintiff claims. Any award or judgment must be reduced by the amount by which Plaintiff could have, but failed to, mitigate its damages.

## FOR A SIXTH DEFENSE
(Set-Off/Recoupment)

54.    Plaintiff's claims may be barred or limited, in whole or in part, by PA Solutions' right to recoupment and/or setoff.

## FOR A SEVENTH DEFENSE
(Conduct of Plaintiff)

55.    Plaintiff's claims may be barred or limited, in whole or in part, by reason of Plaintiff's own acts or omissions, including, but not limited to, by its own breaches of the parties' agreement and failures to comply with industry and trade standards in its attempted performance.

## FOR AN EIGHTH DEFENSE
(Equitable Doctrines)

56.    Plaintiff's claims may be barred in who or in part by the doctrine of laches, waiver, release, unclean hands, accord, satisfaction, and/or estoppel.

## FOR A NINTH DEFENSE

(Fraud in the Inducement)

57.     Some portions of the purported contract relied upon by Plaintiff are unenforceable as they were procured by fraud in the inducement.

### FOR A TENTH DEFENSE
(Condition Precedent)

58.     To the extent an enforceable contract relied upon by Plaintiff existed, some of its provisions were subject to conditions precedent which did not occur. Accordingly, some or all of Plaintiff's claims fail.

### FOR AN ELEVENTH DEFENSE
(Justification)

59.     Even if Oasis Discovery Partners, LLC breach any contract, which it expressly denies, it had proper justification for doing so, and therefore some or all of the Plaintiff's claims fail.

### FOR A TWELFTH DEFENSE
(No Damages/Speculative Damages)

60.     Plaintiff's claims are barred because it has not suffered any injury in fact and/or because its damages, if any, are too speculative to be recovered and were not caused by Oasis Discovery Partners, LLC.

### FOR A THIRTEENTH DEFENSE
(Overlapping Recovery)

61.     Plaintiff's alleged remedies are limited to the extent that Plaintiff seeks overlapping and duplicative recovery based upon various claims against Oasis Discovery Partners, LLC for any alleged single wrong.

### FOR A FOURTEENTH DEFENSE
(Prior Breach)

62.     Plaintiff's claims are barred by the doctrine of prior breach which bars a party who has breached a contract from later seeking to enforce the terms of that contract.

**FOR A FIFTHEENTH DEFENSE**
(Reservation of Rights)

63.     At this time, Oasis Discovery Partners, LLC has not yet had an opportunity to conduct a sufficient and full investigation into or engage in adequate discovery regarding the circumstances of Plaintiffs allegations. Oasis Discovery Partners, LLC intends to act in good faith to inform itself as to the pertinent facts and prevailing circumstances surrounding the claims presented by Plaintiff and thereby gives notice of its intent to assert any additional affirmative defenses of which it may become aware as information is gathered.  Oasis Discovery Partners, LLC thus reserves the right to amend its answer to such defenses.

Respectfully submitted,

SPENCER FANE LLP


*s/ Kurt M. Rozelsky*
Kurt M. Rozelsky (Fed. Bar. 6299)
27 Cleveland St., Suite 201
Greenville, SC 29601
864.695.5200
krozelsky@spencerfane.com

November 14, 2025